UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT C. CHRISTIE, | : |
| | : Civ. Action No. 16-6572 (FLW) |
| Plaintiff, | : |
| | : |
| v. | : **ORDER** |
| | : |
| NATIONAL INSTITUTE FOR NEWMAN STUDIES, *et al.*, | : |
| | : |
| Defendants. | : |

**THIS MATTER** having been opened to the Court by Siobhan A. Nolan, Esq., counsel for defendants National Institute for Newman Studies, Catherine Ryan and Drew Morgan (collectively, "Defendants"), on a motion for summary judgment; it appearing that Plaintiff Robert C. Christie ("Plaintiff"), through his counsel, Andrew P. Bolson, Esq., opposes the motion, and cross-moves for summary judgment on his claims, and moves for summary judgment on Defendants' counterclaims; the Court having considered the parties' submissions in connection with the motions, pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 30th day of April, 2019,

**ORDERED** that Defendants' motion for summary judgment is **GRANTED**;

**ORDERED** that Plaintiff's cross-motion for summary judgment as to his claims is **DENIED**;

2

**ORDERED** that Plaintiff's motion for summary judgment as to Defendants' counterclaims is **GRANTED** in part and **DENIED** in part, as follows:

**ORDERED** that Defendants' replevin and bailment counterclaims survive summary judgment; and it is further

**ORDERED** that Defendants' unjust enrichment counterclaim is dismissed.

/s/ Freda L. Wolfson
Freda L. Wolfson
U.S. District Judge
